**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,        :

            :

       -against-           :

            :           ORDER

CHRISTIAN ABREU,            :

            :        24 Cr. 528-5 (GBD)

            Defendant.      :

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      An initial conference in the above-captioned case is hereby scheduled for March 10, 2026

at 10:30 a.m.


Dated: New York, New York
       March 4, 2026

                                  SO ORDERED.

                                    *George B. Daniels*

                                    GEORGE B. DANIELS
                                    United States District Judge