# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 594-5667

May 18, 2026

**SO ORDERED**

Honorable George B. Daniels, U.S.D.J.
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

**MAY 1 9 2026**

The status conference scheduled for May 20, 2026, is adjourned to June 11, 2026 at 10:30 a.m.

*George B. Daniel*

HON. GEORGE B. DANIELS

Re:   *United States v. Christian Abreu*
      Case No. 24 Cr. 528 (GBD)

Dear Judge Daniels:

I request a three-week adjournment of the May 21, 2026 status conference for Christian Abreu. This time will permit me to complete discovery review and for the parties to pursue any potential resolution. The Government, by AUSA Dominic Gentile, consents to this adjournment request.

Respectfully

/s/ *Stephen Turano*

Stephen Turano, Esq.
Attorney for Christian Abreu

cc: All Counsel of Record (by ECF)