# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (917) 594-5666
Fax (917) 594-5667

Tel (973) 648-6777
Fax (917) 594-5667

June 8, 2026

The status conference scheduled for June 11, 2026
is adjourned to Tuesday, June 16, 2026 at 11:30 a.m.

Honorable George B. Daniels, U.S.D.J.
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated:  JUN 0 9 2026

Re:     *United States v. Christian Abreu*
        Case No. 24 Cr. 528 (GBD)

Dear Judge Daniels:

I require an additional adjournment of the June 11, 2026 status conference. It was previously scheduled for May 21, 2026, and adjourned at my request. While the parties continue to work through a possible resolution, I have an important personal issue that just arose, which conflicts with the status conference. The parties are available June 16, 2026, anytime except from 10am to 11am. The Government, by AUSA Dominic Gentile, consents to this request.

Respectfully,
/s/ *Stephen Turano*

Stephen Turano, Esq.
    Attorney for Christian Abreu

cc:  All Counsel of Record (by ECF)