# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (917) 594-5666
Fax (917) 594-5667

Tel (973) 648-6777
Fax (917) 594-5667

June 22, 2026

The status conference scheduled for June 24, 2026 is adjourned to June 30, 2026 at 11:00 a.m.

Honorable George B. Daniels, U.S.D.J.
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

SO ORDERED:

*George B Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 2 3 2026

   Re:    *United States v. Christian Abreu*
          Case No. 24 Cr. 528 (GBD)

Dear Judge Daniels:

This matter is scheduled for a status conference on June 24, 2026. The parties are close to resolving this matter, but not in time for the scheduled conference. I anticipate being ready to proceed on June 29, 2026. I can also be available on June 30, 2026, any time after 3:30. The Government consents to the request.

Thank you for the Court's consideration.

Respectfully,

/s/ *Stephen Turano*
Stephen Turano, Esq.
   Attorney for Christian Abreu

cc:  All Counsel of Record (by ECF)