**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 12, 2026

SO ORDERED

Sentencing is adjourned to December 1, 2026 at 10:00 a.m. Time is excluded pursuant to the Speedy Trial Act.

George B. Daniels
HON. GEORGE B. DANIELS

NOV 16 2026

**By ECF**
Honorable George B. Daniels
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Christian Abreu*, S1 24 Cr. 528 (GBD)**

Dear Judge Daniels:

The Government writes with the consent of the defendant to request an approximate one-week adjournment of the sentencing of defendant Christian Abreu, which is currently scheduled for November 17, 2026. This extension will afford the Government additional time to complete its sentencing submission. The parties are available on November 23 after 1:00 pm or generally on November 24. We thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ___s/________________________
Dominic A. Gentile
Chelsea L. Scism
Assistant United States Attorneys
(212) 637-2567 / -2105

cc: Counsel of Record (ECF)