# TURANO LAW

275 Madison Avenue
35th Floor
New York, NY 10016

Tel (917) 594-5666
Fax (917) 594-5667

60 Park Place
Suite 1101
Newark, NJ 07102

Tel (973) 648-6777
Fax (917) 594-5667

November 16, 2026

SO ORDERED

Sentencing is hereby adjourned to December 16, 2026 at 10:30 a.m. Time is excluded pursuant to the Speedy Trial Act.

NOV 16 2026

George B. Daniels
HON. GEORGE B. DANIELS

Honorable George B. Daniels, U.S.D.J.
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *United States v. Christian Abreu*
Case No. 24 Cr. 528 (GBD)

Dear Judge Daniels:

Christian Abreu's sentence was adjourned to December 1, 2026, at the request of the Government. Unfortunately, I will be out of the country from November 28, 2026, through December 11, 2026. I am available November 24th and 25th, 2026; the morning of November 23, 2026; or the week of December 14, 2026, except the afternoon on December 15th and morning on December 18th.

Thank you for the Court's consideration.

Respectfully,

/s/ *Stephen Turano*
Stephen Turano, Esq.
Attorney for Christian Abreu

cc: All Counsel of Record (by ECF)